UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHEN LAWRENCE TODD, JR., *also known as* Stephen Lee Blanks,

    Plaintiff,

v.

SAMSON O. ALIMI,

    Defendant.

Case No. 16-CV-3381 (JNE/SER)
**ORDER**

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Steven E. Rau, United States Magistrate Judge, on February 9, 2017. (Dkt. No. 8.) The Court received no objections to the R&R. Nevertheless, the Court conducted a de novo review of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b)(3). This action is similar to an action previously brought by Todd, No. 16-CV-2741. Todd complains of the same conduct in this action as in that previous action. The only notable difference is that this action is against a different defendant. The Court dismissed Todd's previous action for lack of subject-matter jurisdiction and denied as moot his application to proceed in forma pauperis. The Court does the same in this action for the same reasons.

Therefore, IT IS ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff Stephen Lawrence Todd, Jr.'s application to proceed in forma pauperis [Dkt. No. 2] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 3, 2017.

                s/Joan N. Ericksen
                JOAN N. ERICKSEN
                United States District Judge